IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CRIM. ACTION NO. 6:13CR39(2) |
| MAURICE DESHUN JONES | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On August 19, 2014, the Court referred two motions to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for consideration: Defendant's Motion to Determine Admissibility of Statement (Docket No. 118) and Defendant's Motion for a Hearing to Determine if a *Bruton* Issue Exists (Docket No. 119). Judge Mitchell granted Defendant's motion for a hearing and conducted a hearing on August 22, 2014.

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant's Motion to Determine Admissibility of Statement (Docket No. 118), construed as a motion to suppress, has been presented for consideration. The Report and Recommendation, filed on August 25, 2014, recommends that the motion to suppress be denied. In open court at the hearing, the parties agreed to serve and file any written objections within seven days after the filing of the Report and Recommendation. To date, no written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

1

**ORDERED** that the Motion to Determine Admissibility of Statement (Docket No. 118), construed as a motion to suppress, is **DENIED**.

As noted in the Report and Recommendation, the Court previously granted Defendant's Motion for a Hearing to Determine if a *Bruton* Issue Exists (Docket No. 119). Based upon the representations made at the hearing, there is no *Bruton* issue before the Court.

**It is SO ORDERED.**

**SIGNED this 4th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE